UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RIASAT KHAN

PETITIONER

V.

CIVIL CASE NO. 5:26-cv-00353-DCB-BWR

RAFAEL VERGARA
in his official capacity, Warden of Adams County Correctional Center and

BRIAN ACUNA
in his Official Capacity, Field Office Director for ICE's ERO of New Orleans, Louisiana

RESPONDENTS

**ORDER**

This matter is before the Court *sua sponte*. In April 2026, Petitioner, a native of Pakistan, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from United States Immigration and Customs Enforcement (ICE) detention. Pet. [1] at 25.

Petitioner entered the United States illegally on February 2, 1990 using a fake passport and tourist visa. Pet. [1] at 2-3. Petitioner was ordered removed in 1998 after he failed to appear for an immigration hearing. IJ Order [1-2] at 46. On August 6, 2025, Petitioner was detained by U.S. Immigration and Customs Enforcement (ICE). *Id.* at 8.

The automated case information system provided by the Department of Homeland Security's Executive Office for Immigration Review shows that on June 25, 2026, an immigration judge denied Petitioner's motion to reopen. *See* acis.eoir.justice.gov (last visited Aug. 25, 2026). According to ICE's Online Detainee Locator System, Petitioner is no longer in ICE custody. *See* locator.ice.gov. (last visited Aug. 25, 2026).

IT IS THEREFORE ORDERED that, **on or before September 4, 2026,** Petitioner's

counsel shall inform the Court whether Petitioner is still detained and seeking habeas relief.

SO ORDERED, this 25th day August 2026.

s/ Bradley W. Rath

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE